|   |   |
|---|---|
| 1 | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.** |
| 2 | Todd M. Friedman, Esq. (SBN: 216752) |
|   | tfriedman@attorneysforconsumers.com |
| 3 | 324 S. Beverly Dr., #725 |
|   | Beverly Hills, CA 90212 |
| 4 | Telephone: (877) 206-4741 |
| 5 | Facsimile: (866) 633-0228 |
|   | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ALAN,** individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>**MESSAGE COMMUNICATIONS INC.** and DOES 1 through 10, inclusive**,**<br><br>Defendant | **Case No.:** 2:15-cv-06550-CAS-MRW<br><br>**PROOF OF SERVICE** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:15-cv-06550-CAS-MRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MESSAGE COMMUNICATIONS, INC.
was received by me on *(date)*  09/02/2015  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Ida Mahanian, at 916 Kenfield Ave., Los Angeles, CA 90047 , a person of suitable age and discretion who resides there,
on *(date)*  02/17/2016  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  02/17/2016

*Server's signature*

Ataolah A. Shaouli
*Printed name and title*

All City Legal & Messenger Services, LLC
2934 1/2 Beverly Glen Circle, Suite 303
Bel-Air, CA 90077
*Server's address*

Additional information regarding attempted service, etc:
Attempted Service Dates, all with no answer: 9/15/15, 9/16/15, 9/24/15, 9/26/15, 9/27/15, 11/4/15, 11/8/15, 11/26/15, 12/2/15, 12/16/15, 12/22/15, 1/4/16, 1/12/16, 1/15/16, 1/18/16, 1/22/16, 2/3/16, 2/6/16, 2/8/16, 2/10/16, 2/13/16, 2/14/16.