DAVID B. FELSENTHAL (SBN 140203)
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:   (310) 553-1222
Facsimile:    (310) 553-0222
Email:  davidf@novianlaw.com

Attorneys for Defendant
MESSAGE COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ALAN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MESSAGE COMMUNICATIONS, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.:  2:15-cv-06550-CAS-MRW<br><br>Honorable Christina A. Snyder, Judge Presiding<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID B. FELSENTHAL**<br><br>Date:         May 9, 2016<br>Time:         10:00 a.m.<br>Courtroom: 5 |

1
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 9, 2016 at 10:00 a.m.., in courtroom 5 of the United States District Court - Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, Defendant Message Communications, Inc. ("Defendant") will and hereby does move to dismiss the complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process.

This motion is based upon this Notice and Motion, the attached Memorandum of Points and Authorities, the attached Declaration of David B. Felsenthal and exhibits thereto, all other pleadings and records on file in this action, and upon such other oral and documentary argument and evidence as may be presented at or before the time of hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 31, 2016.

                                                Respectfully submitted:
                                                NOVIAN & NOVIAN LLP

Dated: April 7, 2016        By:    */s/ David B. Felsenthal*
                                                      David B. Felsenthal
                                                      Attorneys for Defendant
                                                      Message Communications, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

## SUMMARY OF ARGUMENT

After this Court issued on February 16, 2016 an ORDER TO SHOW CAUSE why this action should be dismissed for lack of prosecution, Plaintiff Jason Alan ("Plaintiff") filed on February 24, 2016 a Proof of Service indicating that Plaintiff served the summons in this case upon Defendant Message Communications, Inc., a California corporation ("Defendant") on February 17, 2016.

The Proof of Service indicates service was made at an address which is an entirely different address than the address identified for Defendant and its agent for service of process by the California Secretary of State website.

In the March 31, 2016 conference of counsel pursuant to L.R. 7-3, Plaintiff's counsel: (1) did not dispute that the California Secretary of State website identifies a different address for Defendant than the one appearing in the Proof of Service filed February 24, 2016; and (2) gave no indication that Plaintiff had otherwise served Defendant.

Accordingly, Defendant respectfully moves to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process.

## STATEMENT OF FACTS

Plaintiff filed the Complaint in this action on August 26, 2015. Defendant is the sole defendant identified in the Complaint.

On February 16, 2016, the Court issued an ORDER TO SHOW CAUSE why this action should not be dismissed for lack of prosecution. For the Court's convenience, a copy of this ORDER TO SHOW CAUSE is attached as **Exhibit 1** to the accompanying Declaration of David B. Felsenthal ("Felsenthal decl.")

On February 24, 2016, Plaintiff filed a PROOF OF SERVICE indicating that Plaintiff's process server served Defendant with a summons in this action by leaving

1  the summons with a person at 916 Kenfield Avenue, Los Angeles, CA 90047. For
2  the Court's convenience, a copy of this PROOF OF SERVICE is attached as
3  **Exhibit 2** to the accompanying Felsenthal decl.
4      As indicated on the California Secretary of State website, the correct service
5  information for Defendant is:

| | |
|---|---|
| Entity Address: | 861 North Norman Place |
| Entity City, State, Zip | Los Angeles, CA 90049 |
| Agent for Service of Process: | Bobak Rokhsar |
| Agent Address: | 861 North Norman Place |
| Agent City, State, Zip | Los Angeles, CA 90049 |

11     The above information appears in the Business Entity Detail from the
12 California Secretary of State website, a true and correct printout of which is attached
13 attached as **Exhibit 3** to the accompanying Felsenthal decl.
14     Counsel for both Plaintiff and Defendant spoke on March 31, 2016 in the
15 conference of counsel required under L.R. 7-3 before Defendant may file this
16 motion. [Felsenthal decl., ¶5]  In that conference, Plaintiff's counsel: (1) did not
17 dispute that the California Secretary of State website identifies a different address
18 for Defendant than the one appearing in the Proof of Service filed February 24,
19 2016; and (2) gave no indication that Plaintiff had otherwise served Defendant.
20 [Felsenthal decl., ¶5]

## LEGAL ARGUMENT

22     Rule 4 of the Federal Rule of Civil Procedure ("FRCP") identifies the proper
23 methods of service of a summons.  Plaintiff did not utilize any of these methods of
24 service.  Instead, Plaintiff attempted to serve Defendant at an incorrect address.
25     Rule 12(b)(5) of the FRCP authorizes Defendant to move to dismiss the
26 complaint in this action based on insufficient service.  Having challenged the

sufficiency of the service, the plaintiff bears the burden of establishing the validity of service under Rule 4. *Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004).

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this motion be granted.

Respectfully submitted:
NOVIAN & NOVIAN LLP

Dated: April 7, 2016        By:    */s/ David B. Felsenthal*
                                   David B. Felsenthal
                                   Attorneys for Defendant
                                   Message Communications, Inc.

**DECLARATION OF DAVID B. FELSENTHAL**

I, David B. Felsenthal, declare as follows:

1. I am, and have been since 1989, an attorney admitted to practice law in the State of California and before this Court. I am an attorney at the law firm of Novian & Novian, LLP (the "Novian Firm"), counsel for Defendant Message Communications, Inc. ("Defendant"). I have personal knowledge of the facts attested to herein, and, if called upon as a witness, could competently testify thereto.

2. According to Pacer, on February 16, 2016, the Court issued an ORDER TO SHOW CAUSE why this action should not be dismissed for lack of prosecution. For the Court's convenience, a copy of this ORDER TO SHOW CAUSE is attached hereto as **Exhibit 1.**

3. According to Pacer, on February 24, 2016, Plaintiff filed a PROOF OF SERVICE indicating that Plaintiff's process server served Defendant with a summons in this action by leaving the summons with a person at 916 Kenfield Avenue, Los Angeles, CA 90047. For the Court's convenience, a copy of this PROOF OF SERVICE is attached hereto as **Exhibit 2.**

4. Today I utilized my computer and the internet to locate and print the "Business Entity Detail" from the California Secretary of State website for Defendant. A true and correct of this printout is attached hereto as **Exhibit 3**.

5. I spoke with Todd M. Friedman, counsel for Plaintiff, on March 31, 2016 in the conference of counsel required under L.R. 7-3 before Defendant may file this motion. In that conference, Plaintiff's counsel: (1) did not dispute that the California Secretary of State website identifies a different address for Defendant that the one appearing in the Proof of Service filed February 24, 2016; and (2) gave no indication that Plaintiff had otherwise served Defendant.

///

6. At the conclusion of our conference, I indicated to Mr. Friedman that absent some other resolution, Defendant would move to dismiss Plaintiff's complaint based on insufficient service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2016, at Los Angeles, California.

*/s/ David B. Felsenthal*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this case.

Dated: April 7, 2016      By:     */s/ David B. Felsenthal*
                                                     David B. Felsenthal
                                                     NOVIAN & NOVIAN LLP
                                                     Attorneys for Defendant
                                                     Message Communications, Inc.